**People of the State of Illinois, Plaintiff-Appellee, v. James Ray, Defendant-Appellant.**

**Gen. No. 50,770. (Abstract of Decision.)**

First District, Third Division.

December 1, 1966.

Frank J. Ferlic, of Park Ridge, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Carmen Speranza, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE DEMPSEY. **Not to be published in full.**